IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MIDDLE DIVISION

ALL-STAR TRAINING, LLC, and
REGINALD CARRICK
          *Plaintiff,*

v.

WORKFORCE INNOVATIONS, INC.,
and SOUTHWEST TENNESSEE
WORKFORCE BOARD
          *Defendants*

Case No. 1:26-cv-01060-JDB-jay

JURY DEMANDED

---

### RESPONSE TO MOTION TO DISMISS

Comes now the Plaintiffs, ALL-STAR TRAINING, LLC, and REGINALD CARRICK, by undersigned counsel, and respond to Defendant Workforce Innovations, Inc.'s Motion to Dismiss (Doc. 9) as follows:

### The Motion to Dismiss is Rendered Moot by the First Amended Complaint

The Plaintiffs have filed an Amended Complaint containing new substantive allegations against Defendant Workforce Innovations, Inc. (ECF 12). Generally, an "amended complaint supersedes the original complaint, thus making the motion to dismiss the original complaint moot." *Klein by Klein v. Caterpillar Inc.*, 581 F. Supp. 3d 912, 919 (E.D. Mich. 2022) (citing *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000) (holding that the amended complaint supersedes all previous complaints and becomes the operative pleading). Therefore, Plaintiffs request that the court DENY the Motion to Dismiss as moot.

1

Respectfully submitted,


**BRAZIL CLARK, PLLC**

*s/ Wesley Ben Clark*
Wesley Ben Clark, #32611
Frank Ross Brazil #34586
Paul D Randolph III #39667
760 E Argyle Ave.
Nashville, TN 37203
615-730-8619
615-634-3651 (fax)
wesley@brazilclark.com
frank@brazilclark.com
paul@brazilclark.com


## Certificate of Service

I certify that on May 15, 2026, I electronically filed this document through the Court's ECF system and a copy of this document is expected to be served by operation of that system upon:

Thomas L. Henderson
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
thomas.henderson@ogletree.com

*s/ Wesley Ben Clark*