**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

**ALL-STAR TRAINING, LLC, and**
**REGINALD CARRICK**

       Plaintiffs,

v.                                     **CASE NO. 1:26-cv-01060-JDB-jay**

**WORKFORCE INNOVATIONS, INC.,**

       Defendant.

---

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

---

Defendant Workforce Innovations, Inc. replies to Plaintiffs' Response (D.E. 13) to Defendant's Motion to Dismiss.

After Defendant filed its Motion to Dismiss, two deadlines began to run. The first deadline—Plaintiffs' deadline to amend their Complaint as a matter of course under Fed. R. Civ. P. 15(a)(1)(B)—ran for twenty-one (21) days until May 8, 2026. Plaintiffs did not file an amended complaint during that period. The second deadline—Plaintiffs' deadline to respond to Defendant's Motion to Dismiss under Local Rule 12.1(b)—ran for twenty-eight (28) days until May 15, 2026.

On the twenty-eighth day, Plaintiffs filed an untimely First Amended Complaint (D.E. 12) without leave of court, and a Response to Defendant's Motion to Dismiss (D.E. 13). Their Response fails to even address Defendant's argument that the Complaint failed to plausibly allege that it acted under color of state law. Instead, Plaintiff asserts only that Defendant's Motion is mooted by his untimely First Amended Complaint.

Plaintiffs' First Amended Complaint is improper and should be stricken under Fed. R. Civ. P. 12(f). Plaintiffs neither (1) timely amended their complaint as a matter of course under Fed. R.

Civ. P. 15(a)(1)(B), nor (2) sought leave to amend. Plaintiffs make no attempt to justify the lateness of their First Amended Complaint. Thus, the operative Complaint before the Court remains Plaintiffs' Complaint filed on March 23, 2026.

Because Plaintiffs' Response provides no defense to Defendant's Motion, the Court should grant Defendant's Motion and dismiss Plaintiffs' Complaint with prejudice.

DATED: May 19, 2026.                              Respectfully submitted,


                                                  s/ Thomas L. Henderson
                                                  Thomas L. Henderson (TN BPR No. 11526)
                                                  Caleb F. Hand (TN BPR No. 040455)
                                                  OGLETREE, DEAKINS, NASH,
                                                  SMOAK & STEWART, P.C.
                                                  6410 Poplar Avenue, Suite 300
                                                  Memphis, TN 38119
                                                  901-767-6160 (voice)
                                                  901-767-7411 (facsimile)
                                                  thomas.henderson@ogletree.com
                                                  caleb.hand@ogletree.com

                                                  **ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May 2026, a true and correct copy of the foregoing was filed with the Court's electronic case filing system, which will provide notice upon the following counsel of record:

Wesley Ben Clark #32611
Frank Ross Brazil #34586
Paul D. Randolph III #39667
760 E. Argyle Ave.
Nashville, TN 37203
615-730-8619
615-634-3651 (fax)
wesley@brazilclark.com
frank@brazilclark.com
paul@brazilclark.com

*Attorneys for Plaintiffs*

s/ Thomas L. Henderson
Thomas L. Henderson
*Counsel for Defendant*

3