IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ALL-STAR TRAINING, LLC, and REGINALD CARRICK<br>   *Plaintiff,*<br><br>v.<br><br>WORKFORCE INNOVATIONS, INC., and SOUTHWEST TENNESSEE WORKFORCE DEVELOPMENT BOARD<br>   *Defendants* | Case No. 1:26-cv-01060-JDB-jay<br><br>JURY DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiffs ALL STAR TRAINING, LLC and REGINALD CARRICK and file this Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which provides that "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No answer is filed and no motion for summary judgment is filed. Therefore, this case is dismissed without prejudice by operation of this notice.

Respectfully submitted,

s/ Wesley Clark
Wesley Ben Clark, #32611
Sarah Mansfield #39476
Paul D. Randolph, #39667
BRAZIL CLARK, PLLC
760 East Argyle Ave
Nashville, TN 37203
615-730-8619
wesley@brazilclark.com
sarah@brazilclark.com

1

paul@brazilclark.com

## Certificate of Service

I certify that on May 20, 2026, I electronically filed this document through the Court's ECF system and a copy of this document is expected to be served by operation of that system upon:

Thomas L. Henderson
Caleb F. Hand
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
thomas.henderson@ogletree.com
caleb.hand@ogletree.com

*s/ Wesley Ben Clark*