UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

REGINALD CARRICK, ET AL.,

                                              JUDGMENT IN A CIVIL CASE

     Plaintiffs,

v.                                    NO. 1:26-cv-1060-JDB-jay

WORKFORCE INNOVATIONS, INC., ET AL.,

     Defendants.

---

IT IS ORDERED AND ADJUDGED that in accordance with the NOTICE of Voluntary Dismissal entered on May 20, 2026, this cause is hereby DISMISSED WITHOUT PREJUDICE.

                              APPROVED:

                              s/ J. DANIEL BREEN
                              UNITED STATES DISTRICT JUDGE

                              DATE: May 20, 2026

WENDY R. OLIVER
Clerk of Court

                              s/Maurice B. Bryson
                              (By)    Deputy Clerk